659 A.2d 876

STATE ADMINISTRATIVE BOARD OF ELECTION LAWS

v.

BOARD OF SUPERVISORS OF ELECTIONS
OF BALTIMORE CITY.

No. 28, Sept. Term, 1995.

Court of Appeals of Maryland.

June 16, 1995.

John R. Greiber, Jr. (Council, Baradel, Kosmerl & Nolan, P.A., all on brief), Annapolis, for petitioner.

Ralph S. Tyler, Deputy Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., Lawrence P. Fletcher–Hill, Asst. Atty. Gen., Baltimore, Sharon B. Benzil, Asst. Atty. Gen., Annapolis, all on brief), for appellee.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

ORDER

PER CURIAM.

For reasons to be stated in an opinion later to be filed, it is this 16th day of June, 1995

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Baltimore City be, and it is hereby, affirmed, with costs. The mandate shall issue forthwith.